UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DARREN LEE RODENBAUGH, and | ) | Case No. 09-20106-659 |
| LISA LYNN RODENBAUGH, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| ACUITY, and | ) | **Adversary No. 09-2007-659** |
| COLUMBIA EYE CONSULTANTS | ) | |
| OPTOMETRY, INC., | ) | PUBLISHED |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DARREN LEE RODENBAUGH, and | ) | |
| LISA LYNN RODENBAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The matter before the Court is the First Amended Complaint to Determine Dischargeability of Certain Debts and Objection to Discharge of the Debtors.  For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' First Amended Complaint is **GRANTED IN PART** in that Plaintiffs' request to deny dischargeability as to Debtor Lisa Lynn Rodenbaugh is **GRANTED** and judgment is entered in favor of Plaintiffs in that the debt in the amount of $135,392.64 owed by Debtor Lisa Lynn Rodenbaugh is nondischargeable; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' First Amended Complaint is **DENIED IN PART** in that Plaintiffs' request to deny dischareability as to Debtor Darren Lee Rodenbaugh is **DENIED**; and this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt – States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  July 15, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Darren and Lisa Rodenbaugh
1304 Bennington
Mexico, MO 65265

James A. Clampitt
100 North Jefferson St
Mexico, MO 65265

Bradley R. Hansmann
Brown & James, P.C.
1010 Market Street - 20th Floor
St. Louis, MO 63101